IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SUNLIGHT SAUNAS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _2-04-CV-2597-KHV__ |
| ) | |
| v. ) | |
| ) | |
| SAUNA BY AIRWALL, ) | |
| SUNDANCE SAUNA, INC., and ) | |
| JOHN DOES 1-2, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S ANSWER AND DEFENSES TO SUNDANCE'S COUNTERCLAIMS**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure and the Local Rules for the District of Kansas, Plaintiff Sunlight Saunas, Inc. files this Answer to Defendant Sundance Sauna, Inc.'s Counterclaims, and states the following:

Sunlight Saunas denies each and every allegation in Defendant Sundance's Counterclaim except those expressly admitted below.

1. Sunlight Saunas admits the allegations in Paragraph 1 of Sundance's Counterclaim.

2. Sunlight Saunas admits the allegations in Paragraph 2 of Sundance's Counterclaim.

3. Sunlight Saunas admits the allegations in Paragraph 3 of Sundance's Counterclaim.

4. Sunlight Saunas admits the allegations in Paragraph 4 of Sundance's Counterclaim.

1615780v1

- 2 -

5. Sunlight Saunas admits the allegations in Paragraph 5 of Sundance's Counterclaim.

6. Sunlight Saunas admits the allegations in Paragraph 6 of Sundance's Counterclaim.

7. Sunlight Saunas admits the allegations in Paragraph 7 of Sundance's Counterclaim.

8. Sunlight Saunas is without sufficient information to admit or deny the allegations in Paragraph 8 of Sundance's Counterclaim and, therefore, denies the same.

9. Sunlight Saunas is without sufficient information to admit or deny the allegations in Paragraph 9 of Sundance's Counterclaim and, therefore, denies the same.

10. Sunlight Saunas denies the allegations in Paragraph 10 of Sundance's Counterclaim.

11. Sunlight Saunas denies the allegations in Paragraph 11 of Sundance's Counterclaim.

12. Sunlight Saunas denies the allegations in Paragraph 12 of Sundance's Counterclaim.

13. Sunlight Saunas is without sufficient information to admit or deny the allegations in Paragraph 13 of Sundance's Counterclaim and, therefore, denies the same.

14. Sunlight Saunas denies the allegations in Paragraph 14 of Sundance's Counterclaim.

15. Sunlight Saunas denies the allegations in Paragraph 15 of Sundance's Counterclaim.

- 3 -

16.     Sunlight Saunas denies the allegations in Paragraph 16 of Sundance's Counterclaim.

17.     Sunlight Saunas denies the allegations in Paragraph 17 of Sundance's Counterclaim.

18.     Sunlight Saunas denies the allegations in Paragraph 18 of Sundance's Counterclaim.

19.     Sunlight Saunas admits that American Infrared Sauna Corporation is Sunlight Saunas' manufacturer and denies the remaining allegations in Paragraph 19 of Sundance's Counterclaim.

20.     Sunlight Saunas denies the allegations in Paragraph 20 of Sundance's Counterclaim.

21.     Sunlight Saunas denies that it made any materially false representations regarding whether it is a manufacturer, and it is without sufficient information to admit or deny the remaining allegations in Paragraph 21 of Sundance's Counterclaim and, therefore, denies the same.

22.     Sunlight Saunas denies the allegations in Paragraph 22 of Sundance's Counterclaim.

23.     Sunlight Saunas is without sufficient information to admit or deny the allegations in Paragraph 23 of Sundance's Counterclaim and, therefore, denies the same.

24.     Sunlight Saunas denies the allegations in Paragraph 24 of Sundance's Counterclaim.

25.     Sunlight Saunas denies the allegations in Paragraph 25 of Sundance's Counterclaim.

1615780v1

26. Sunlight Saunas denies the allegations in Paragraph 26 of Sundance's Counterclaim.

27. Sunlight Saunas denies the allegations in Paragraph 27 of Sundance's Counterclaim.

28. Sunlight Saunas denies that it made any materially false representations about its own or Sundance's products, and it is without sufficient information to admit or deny the remaining allegations in Paragraph 28 of Sundance's Counterclaim and, therefore, denies the same.

29. Sunlight Saunas denies the allegations in Paragraph 29 of Sundance's Counterclaim.

30. Sunlight Saunas denies that it made any materially false representations about its own or Sundance's products, and it is without sufficient information to admit or deny the remaining allegations in Paragraph 30 of Sundance's Counterclaim and, therefore, denies the same.

31. Sunlight Saunas denies the allegations in Paragraph 31 of Sundance's Counterclaim.

**DEFENSES**

Plaintiff Sunlight Saunas, Inc. asserts the following defenses to all or part of the allegations in Defendant Sundance's Counterclaim:

1. The Counterclaim fails to state a claim for which relief can be granted;

2. Truth is a defense to all allegations that Sunlight Saunas conveyed false or misleading information;

3. Defendant Sundance was not damaged by any acts of Sunlight Saunas; and

1615780v1

- 5 -

      4.      Defendant Sundance failed to mitigate any damages it may have suffered.

WHEREFORE, Plaintiff Sunlight Saunas, Inc., prays that Defendant Sundance Sauna, Inc. takes nothing by virtue of its Counterclaim; that the Counterclaim be dismissed with prejudice; that Defendant Sundance be assessed all costs and fees according to law; and that Plaintiff Sunlight Saunas be granted any and all further relief that the court deems just, fair, equitable, or proper.

Plaintiff Sunlight Saunas, Inc. has and does demand a trial by jury on all claims and issues so triable, including Defendant Sundance's Counterclaims.

Date:  March 24, 2005

Respectfully Submitted,

**s/ Kenneth P. Kula**
Kenneth P. Kula
KS Bar Number 16372
Attorney for Plaintiff Sunlight Saunas, Inc.
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile:  (816) 421-5547
E-mail: kkula@shb.com

- 6 -

## CERTIFICATE OF SERVICE

        I hereby certify that on this 24th day of March, 2005, a true and accurate copy of the above and foregoing Plaintiff's Answer and Defenses to Defendant Sundance's Counterclaims was e-filed with the court using the CM/ECF system, which sent notification to the following parties entitled to notice:

Jerome T. Wolf
jwolf@sonnenschein.com
Rebecca S. Stroder
rstroder@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111

Attorneys for Defendant Sundance Sauna, Inc.


Jon K. Lowe
mailbox@jlowe.com
JON K. LOWE LAW OFFICE
17 West Linwood Boulevard
Kansas City, Missouri 64111

Attorneys for Defendant Sauna by Airwall


                                                                        /s/ Kenneth P. Kula_____
                                                                        Attorney for Plaintiff