CAN WE LOOK AT 801 (SAUNA)
IF WE FIND A NEED TO?

YES.

*Kathryn H. Vratil* [signature]

[signature]
[signature]
[signature]
[signature]
[signature]
[signature]

CAN WE ASK THE JUDGE SOME QUESTIONS ABOUT THE INSTRUCTIONS AND HOW TO EXPLICITLY FILL OUT THE ~~JURY~~ VERDICT SHEET.

SPECIFICALLY, DO PUNITIVE DAMAGES ONLY APPLY TO CLAIM #1 AND NOT #2, #3 OR #4 OR DOES THE "ANY DAMAGES" UNDER #2 AND #3 INCLUDE PUNITIVE DAMAGES?

May 2, 2006

Members of the Jury:

Punitive damages only apply to Claim #1 (defamation) and not Claims #2 and 3 (Lanham Act) or Claim #4 (Anticybersquatting).

The term "any damages" under Counts #2 and #3 does not include punitive damages. Plaintiff claims $1.00 actual damages on each of Counts #2 and #3.

Please let me know if you have other questions.

*/s/ Kathryn H. Vratil*
Kathryn H. Vratil

3:10 p.m.

THE INSTRUCTIONS APPEAR CONFUSING IN LIGHT OF SUNLIGHT'S CLAIM TO $1.00 IN ACTUAL DAMAGES. RELATIVE TO CLAIM #1 (INSTRUCTION 12), WE'RE ALSO PROVIDED INSTRUCTION 19 WHICH STATES:

> BURDEN IS ON SUNLIGHT TO PROVE...THE EXISTENCE AND <u>AMOUNT</u> OF ITS DAMAGES....

AND INSTRUCTION 20 WHICH STATES:

> YOU MAY NOT AWARD PUNITIVE DAMAGES UNLESS YOU AWARD SUBSTANTIAL ACTUAL DAMAGES.

IF THE CLAIM IS $1 (ACTUAL DAMAGES) THEN IF WE ELECT TO FIND FOR THE PLAINTIFF ON CLAIM #1 THERE APPEARS TO BE NO OPPORTUNITY (BY INSTRUCTION) TO CONSIDER PUNITIVE DAMAGES. ARE WE INTERPRETING THE INSTRUCTIONS CORRECTLY?

May 2, 2006

Members of the Jury:

Sunlight's request for $1.00 in actual damages applies only to Claims #2 and 3 (Lanham Act), not ~~Count~~ Claim #1 (defamation).

Instruction No. 19 articulates Sunlight's burden of proof with respect to damages on Claims #1 through 3.

If you award Sunlight $1.00 on Claim #1 (defamation), you cannot award punitive damages on Claim #1.

*Kathryn H. Vratil*
Kathryn H. Vratil

6:15 p.m.

IS THE JUDGE STILL HERE?

HOW LATE CAN WE SUBMIT A VERDICT TO HAVE IT DELIVERED TODAY AND AVOID RETURNING TOMORROW? HAVE WE ALREADY CROSSED THAT POINT?