## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SUNLIGHT SAUNAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2-04-cv-2597-KHV |
| | ) | |
| SUNDANCE SAUNA, INC., *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

### Motion to Alter or Amend Judgment

Defendant Sundance Sauna, Inc., by and through its counsel of record, David W. Hauber of the law firm of Baty, Holm & Numrich, P.C., hereby moves the Court to alter or amend its judgment filed October 23, 2006, Doc. # 337, pursuant to Fed. R. Civ. Pro. § 59(e), for the reason that it is contrary to law to a new trial on the amount of punitive damages, following a reduction compelled by the Fifth Amendment for the reason that the Seventh Amendment requires the same. Defendant respectfully submits in the attached memorandum of law that the relevant case law relied upon by the Court does not require a new trial for a punitive damage reduction that is entered on constitutional grounds. In support of this motion, defendant attaches a memorandum of law.

WHEREFORE, defendant respectfully submits that the Court alter or amend its judgment with regard to the option of a remittitur once it has constitutionally determined that an amount of punitive damages constitutionally requires a reduction.

/s/   David W. Hauber
Lee M. Baty, Esq. (#70304 K.S.Fed.)
David W. Hauber, Esq. (#11798)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
Telephone:    816-531-7200
Telecopy:      816-531-7201
ATTORNEYS FOR DEFENDANT
SUNDANCE SAUNA, INC.

**Certificate of Service**

I hereby certify that on November 3, 2006,
I electronically filed, through the ECF system,
the foregoing document to all counsel and:

Kenneth P. Kula, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:    816-474-6550
Telecopy:      816-421-5547
ATTORNEYS FOR PLAINTIFF

/s/ David W. Hauber
Attorneys for Defendant