# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

### AMENDED JUDGMENT IN A CIVIL CASE

**SUNLIGHT SAUNAS, INC.**

**v.**  **CIVIL NO.**
**04-2597-KHV**

**SUNDANCE SAUNAS, INC. and**
**BRIGHTON SAUNA, INC.**

( **X** )  **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(  )  **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff Sunlight Saunas, Inc. recover of defendant Sundance Saunas, Inc. the sum of $2502.00 actual damages and $50,000.00 punitive damages, with interest thereon at the rate of 5.22% as required by law and its costs of action.

    **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Sunlight Saunas, Inc. take nothing of defendant Brighton Sauna, Inc. and the action is dismissed on the merits.  Defendant Brighton Sauna, Inc. to recover of plaintiff Sunlight Saunas, Inc., its costs of action.

    **IT IS FURTHER ORDERED AND ADJUDGED** that counterclaim plaintiff Sundance Saunas, Inc. recover of counterclaim defendant Sunlight Saunas, Inc. the sum of $1.00 actual damages, with interest thereon at the rate of 5.22% as required by law and its costs of action.

    **IT IS FURTHER ORDERED AND ADJUDGED** that counterclaim plaintiff Brighton Sauna, Inc. recover of counterclaim defendant Sunlight Saunas, Inc. the sum of $1.00 actual damages, with interest thereon at the rate of 5.22% as required by law and its costs of action.

**Dated:  November 15, 2006**          **RALPH L. DeLOACH, CLERK**

                                            **s/ Linda South**
                                            **Linda South, Deputy Clerk**