AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of **KANSAS**

SUNLIGHT SAUNAS, INC., PLTF.

V.

SUNDANCE SAUNA, INC., ET AL. , DEFS.

## BILL OF COSTS

Case Number: 2-04-CV-2597

Judgment having been entered in the above entitled action on **11/15/2006** against **Sundance Sauna, Inc.** ,
Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ A) | 389.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | B) | 1,680.27 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | C) | 17,419.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | D) | 1,348.60 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | E) | 1,758.04 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | F) | 20,741.18 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | G) | 100.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | H) | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | I) | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | J) | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | K) | 15,509.03 |
| TOTAL | $ | 58,945.87 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:

Name of Attorney:    Kenneth Kula; Shook Hardy & Bacon, LLP

For:  Sunlight Saunas, Inc., Pltf.                                        Date:    1/12/2007
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court                        By: _____                    _____
                                         Deputy Clerk                                Date

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that, on this 12th day of January, 2007, a true and correct copy of the foregoing Plaintiff's BILL OF COSTS was served via email to the following attorneys for Defendant Sundance Sauna, Inc.

David W. Hauber
Baty, Holm & Numrich, PC
210 Plaza West Building
4600 Madison Avenue
Kansas City, MO  64112
dhauber@batyholm.com

Lee M. Baty
Baty, Holm & Numrich, PC
210 Plaza West Building
4600 Madison Avenue
Kansas City, MO  64112
lbaty@batyholm.com

/s/  Kenneth P. Kula_____
Attorney for Plaintiff